# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mihm, Michael M. | Central District of Illinois | 3/16/04 |

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge | 5.  Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial   _X_ Annual   ___ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
|---|---|---|
| 7. Chambers or Office Address  204 Federal Building  100 N.E. Monroe  Peoria, IL 61602 | 8.  On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Director | Abraham Lincoln Inns of Court -Peoria |
| 2 | Assistant Coach of Mock Trial | Bradley University - Peoria |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2003 | John Marshall Law School - Adjunct Professor of Law - Taught two week long accelerated trial advocacy courses in calendar year 2003 (January and August ). Vacation time was used. $3,000 each session. | $ $6,000 |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| X | NONE (No reportable non-investment income.) |
| 1 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 3/16/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | Library of Congress - Open World Program - Washington, DC | 3/19-3/21 To host a delegation of Russian Judges and conduct orientation on American legal system. Air travel, hotel, food and all related expenses paid by Open World Program - Library of Congress. |
| 2 | Library of Congress - Open World Program - Moscow, Ivanovo and St. Petersburg, Russia | 4/9 - 4/18 Round trip plane tickets to Russia paid for by State Dept. While in Russia all expenses paid by Russian Council of Judges/Judicial Department and Library of Congress. Purpose to meet with Open World Alumni, meet with leaders of Russian Judiciary and attend and speak at meeting of the Council of Judges of the Russian Federation. |
| 3 | Library of Congress - Open World Program - Washington, DC, Chicago and Peoria, IL | 9/9 - 9/19 To host a delegation of Russian Judges and conduct orientation on American legal system. Air travel, hotel, food and all related expenses paid for by Library of Congress Open World Program. |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | **NONE** (No reportable liabilities.) | | |
| 1 | New York Life Insurance Company | Loan on value of whole life insurance | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Mihm, Michael M. | 3/16/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Southside Bank Savings Account (Partly X) | A | Interest | J | T | | | | | |
| 2 U.S. Treasury Bond Series HH (x) | A | Interest | J | T | | | | | |
| 3 U.S. Treasury Bond Series HH (x) | A | Interest | J | T | | | | | |
| 4 Enterprise Small Co. Value Port Class A Mutual Fund (x) | | None | J | T | | | | | |
| 5 Touchstone Emerging Growth Class A/M (x) | | None | J | T | | | | | |
| 6 Van Kampen Equity Income Fund Class A/M (x) | A | Dividend | J | T | | | | | |
| 7 Heritage Cash Trust Money Market Fund (x) | A | Interest | J | T | | | | | |
| 8 AMCAP Fund Class F - American Fund M/F | A | Dividend | J | T | | | | | |
| 9 Calamos Convertible Growth & Income Fund | A | Dividend | J | T | | | | | |
| 10 Cohen & Steers Equity Income Fund - Class A | A | Dividend | J | T | | | | | |
| 11 Eaton Vance Worldwide Health Services Fund - Class A | | None | J | T | | | | | |
| 12 Enterprise Government Securities Class A | A | None | | | Sell | 11/26 | J | | |
| 13 Enterprise Government Securities Class A | A | None | | | Sell | 12/26 | J | | |
| 14 Heritage Midcap Stock Fund | | None | J | T | | | | | |
| 15 Pimco Renaissance Fund Class A M/F | A | Dividend | J | T | | | | | |
| 16 Touchstone Emerging Growth Fund Class A/M | | None | J | T | | | | | |
| 17 Enterprise Small Co. Value Class A | | None | J | T | Buy | 11/26 | J | | |
| 18 Enterprise Small Co. Value Class A | | None | J | T | Buy | 12/26 | J | | |
| 19 Pimco Low Duration Fund Class A M/F | A | Dividend | J | T | Buy | 2/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 20 Pimco Low Duration Fund Class A M/F | A | Dividend | J | T | Buy | 2/28 | J | | |
| 21 Pimco Low Duration Fund Class A M/F | A | Dividend | J | T | Buy | 3/17 | J | | |
| 22 Pimco Low Duration Fund Class A M/F | A | Dividend | J | T | Buy | 3/31 | J | | |
| 23 Pimco Short Term Fund Class A M/F | A | Dividend | K | T | Buy | 7/28 | K | | |
| 24 Pimco Short Term Fund Class A M/F | A | Dividend | J | T | Buy | 7/30 | J | | |
| 25 Pimco Low Duration Class A M/F | | None | | | Sell | 7/28 | K | | |
| 26 Janus Mercury IRA - Mutual Fund ("M/L") | | None | J | T | | | | | |
| 27 Firsthand Technology Value IRA Mutual Fund | | None | K | T | | | | | |
| 28 Janus Olympus Mutual Fund (x) | | None | J | T | | | | | |
| 29 Central Illinois Bank - Certificate of Deposit (x) | A | Interest | J | T | | | | | |
| 30 Janus Strategic Value - Mutual Fund (x) | | None | J | T | | | | | |
| 31 Janus Strategic Value IRA | | None | J | T | | | | | |
| 32 Central Illinois Bank IRA | A | Interest | J | T | | | | | |
| 33 Central Illinois Bank Money Market | A | Interest | J | T | | | | | |
| 34 Central Illinois Bank - Savings Account | A | Interest | J | T | | | | | |
| 35 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date _April 15, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544